# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

ALLEN ALEXANDER PARKS,          )
                                )
    Plaintiff,                 )
                                )
v.                              )          Case No. CIV-25-1564-D
                                )
MARK KNUTSON, et al.,           )
                                )
    Defendants.                )

## <u>ORDER</u>

On April 9, 2026, the Clerk received Plaintiff's "Notice of Voluntary Dismissal of This CIV-25-1564-D Case Without Prejudice" [Doc. No. 17], which the Court construes as a notice of dismissal pursuant to FED. R. CIV. P. 41(a)(1)(A)(i). So construed, Plaintiff's request operates as a notice of voluntary dismissal of this case without further action by the Court.[1]

**IT IS THEREFORE ORDERED** that the Clerk is directed to terminate this action in her records as of the date of Plaintiff's notice of voluntary dismissal.[2]

---

[1]  *See De Leon v. Marcos*, 659 F.3d 1276, 1283 (10th Cir. 2011) ("stipulation of dismissal filed under Rule 41(a)(1)(A)(i) or (ii) is self-executing"); *Janssen v. Harris*, 321 F.3d 998, 1000 (10th Cir. 2003) (*pro se* plaintiff's "clear statement" that he wants his action dismissed effectuates a dismissal under Rule 41(a)(1)(A)(i); "no action is required on the part of the court"); *see also Netwig v. Ga. Pac. Corp.*, 375 F.3d 1009, 1010 (10th Cir. 2004) (dismissal was effective on date of Rule 41(a)(1) filing).

[2]  When processing Plaintiff's initial filing, the Clerk entered an order of referral to United States Magistrate Judge Chris M. Stephens under 28 U.S.C. § 636. That Order [Doc. No. 4] is **VACATED**.

**IT IS SO ORDERED** this 10th day of April, 2026.

_____

TIMOTHY D. DeGIUSTI
Chief United States District Judge